# EXHIBIT H

Page: 1   Document Name: untitled

```
ARM8701              ARCHIVAL MANAGEMENT INFORMATION SYSTEM        DATE: 03/31/10
PAGE 0001 OF 0002             CASE DOCKET INQUIRY                  TIME: 10:48

VENUE: STATEWIDE         COURT: LAW CIVIL      CASE NO: MON L 001305 01
TITLE: BIBICHEVA VS KASPIEV
FILED: 12 06 2000          CASE TYPE: 599 CONTRACT-OTHER        IMPOUND: N
DISP : ST NOT SCHED TR  DISP DATE: 03 01 2002               BACKLOADED: 00 00 0000

    DATE           DOCUMENT          FILING PARTY           PARTY  MLT ORDR JDGE
   FILED            TYPE                NAME                 TYP AFL F T STAT  ID
12 06 2000 NOTICE MOTION       BIBICHEVA      ANNA          E  PF IND N N
12 06 2000 MISC CERTIFICTN     BIBICHEVA      ANNA          E  PF IND N N
12 06 2000 COMP JRY DEMAND     BIBICHEVA      ANNA          E  PF IND N N
01 16 2001 MISC AFFDVT SRV     BIBICHEVA      ANNA          E  PF IND N N
01 29 2001 ORDR MISC           BIBICHEVA      ANNA          E  PF IND N N DN  DSC01
02 15 2001 NOTICE MOTION       BIBICHEVA      ANNA          E  PF IND N N
03 04 2001 TRAN ORDR           BIBICHEVA      ANNA          E  PF IND N N
04 12 2001 ORDR MISC           BIBICHEVA      ANNA          E  PF IND N     GR  WPG13
05 24 2001 MISC REPLEVIN       BIBICHEVA      ANNA          E  PF IND N N
06 12 2001 ABORT DISMISSAL-    BIBICHEVA      ANNA          E  PF IND N N

 PF7-PRIOR-PAGE   PF8-NEXT-PAGE   PF22-HELP
4-0                  1 Sess-1      66.241.41.236              TNC00037      #5 #
```

Date: 03/31/10 Time: 10:48:17

Page: 1  Document Name: untitled

```
ARM8701                 ARCHIVAL MANAGEMENT INFORMATION SYSTEM      DATE: 03/31/10
PAGE 0002 OF 0002              CASE DOCKET INQUIRY                  TIME: 10:48

VENUE: STATEWIDE            COURT: LAW CIVIL        CASE NO: MON L  001305 01
TITLE: BIBICHEVA VS KASPIEV
FILED: 12 06 2000       CASE TYPE: 599 CONTRACT-OTHER         IMPOUND: N
DISP : ST NOT SCHED TR  DISP DATE: 03 01 2002            BACKLOADED: 00 00 0000

   DATE        DOCUMENT              FILING PARTY           PARTY  MLT ORDR JDGE
  FILED          TYPE                    NAME             TYP AFL  F T STAT  ID
06 21 2001 MISC REPLEVIN        BIBICHEVA          ANNA    E  PF IND N N
08 22 2001 MISC REPLEVIN        BIBICHEVA          ANNA    E  PF IND N N
08 27 2001 MISC PRF SERVC       BIBICHEVA          ANNA    E  PF IND N N
02 23 2002 CRT INIT TO DSM      COURT INITIATED                      N N GR
03 01 2002 ORDR ENT JUDGMT      BIBICHEVA          ANNA    E  PF IND N N GR  WPG13
       0000
       0000
       0000
       0000
       0000


PF7-PRIOR-PAGE  PF8-NEXT-PAGE  PF22-HELP
4-0                 1 Sess-1   66.241.41.236           TNC00037      #5 #
```

Date: 03/31/10 Time: 10:48:24