# EXHIBIT I

**PORZIO, BROMBERG & NEWMAN, P.C.**
A Professional Corporation
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
Attorneys for Plaintiff Anna Efimovna Bibicheva

| | |
|---|---|
| ANNA EFIMOVNA BIBICHEVA, <br><br> Plaintiff, <br><br> v. <br><br> KALMAN KASPIEV, <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: MONMOUTH COUNTY <br> DOCKET NO. - MON-1305-01 <br><br> CIVIL ACTION <br><br> **JUDGMENT OF REPLEVIN** |

This action having been commenced on December 6, 2000, in the Superior Court of New Jersey, Law Division, Morris County by filing of a Notice of Motion for Writ of Replevin together with a Summons, Complaint and supporting papers; a copy of the Summons and Complaint having been served upon the defendant; a proof of service having been filed; an Order granting change of venue having been signed by the Honorable Reginald Stanton on March 4, 2001; the motion having been transferred to the Superior Court, Law Division, Monmouth County on March 28, 2001; an Order granting plaintiff's application having been signed by the Honorable William P. Gilroy on April 11, 2001; a Writ of Replevin issued on June 21, 2001; and an unsuccessful attempt having been made to execute upon the Writ on August 22, 2001;

JUDGMENT OF REPLEVIN is on this ___1___ day of _March_, 2002 signed and entered in this action in favor of the plaintiff and against the defendant.

_____
WILLIAM P. GILROY



Certified to be a true copy
of the original on file in the
Superior Court Clerk's Office

JENNIFER M. PEREZ, ACTING CLERK
SUPERIOR COURT CLERK'S OFFICE