# EXHIBIT J

MCGIVNEY & KLUGER, P.C.
23 Vreeland Road- Suite 220
Florham Park, New Jersey 07932
(973) 822-1110
Attorneys for Plaintiff Anna Efimovna Khaldei



FILED
MAY 17 2010
DANIEL M. WALDMAN, J.S.C.

| | |
|---|---|
| ANNA EFIMOVNA KHALDEI, FORMERLY KNOWN AS ANNA EFIMOVNA BIBICHEVA,<br><br>Plaintiffs,<br><br>v.<br><br>KALMAN KASPIEV,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MONMOUTH COUNTY DOCKET NO. MON-L-1305-01<br><br>Civil Action<br><br>**ORDER GRANTING MOTION TO REVIVE JUDGMENT PER N.J.S.A. 2A:14-5 AND REINSTATE DAMAGES CLAIMS** |

This matter having been opened to the Court by McGivney & Kluger, P.C., attorneys for plaintiff Anna Efimovna Khaldei, by way of her Motion to Revive the Judgment of Replevin per N.J.S.A. 2A:14-5 and reinstate the balance of plaintiff's Complaint for damages to the active trial calendar, and the Court having considered the papers submitted in support of the Motion and the Court finding that the Judgment of Replevin is a valid and subsisting judgment, there is no other judicial impediment to the enforcement thereof, and the Judgment has not been satisfied, and good cause has been shown regarding the reinstatement of plaintiff's claims for damages,

It is on this 17th day of May, 2010,

ORDERED as follows:

1. The Judgment of Replevin be and is hereby revived for 20 years from the date hereof per N.J.S.A. 2A:14-5.

2. So much of plaintiff's Complaint that seeks damages from defendant be and is hereby reinstated and the matter is thereby restored to the trial calendar.

3. Defendant shall file any motions or responsive pleadings with respect to those portions of the Complaint that have been reinstated within 35 days of the date hereof.

4. A copy of the within Order shall be served on defendant in accordance with R. 4:4-4 for service of initial process within 7 days of the date hereof.

_____
HON. _____, J.S.C.

HON. DANIEL M. WALDMAN, J.S.C.