```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Khaldei

  v.

Kaspiev
----------------------------------X

10 CIV 8328 (JFK)

Please be advised that the conference scheduled for 6/24/14 has been rescheduled to 8/21/14 at 11:00 A.M.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

8-1-14

_____
JOHN F. KEENAN
United States District Judge