AO 458 (Rev 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Anna Efimovna Khaldei )
*Plaintiff* )
v. ) Case No. 10 cv 8328 (JFK) (GWG)
Kalman Kaspiev )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kalman Kaspiev, Defendant and Counterclaim-Plaintiff

Date: 08/04/2014

*Attorney's signature*

Victoria L. Loughery (Bar#4702163)
*Printed name and bar number*

Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Address*

vloughery@proskauer.com
*E-mail address*

(212) 969-3523
*Telephone number*

(212) 969-2900
*FAX number*