```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANNA EFIMOVNA KHALDEI,                         :

                Plaintiff,                     :      ORDER

        -v.-                                   :
                                                      10 Civ. 8328 (JFK) (GWG)
KALMAN KASPIEV,                                :

                Defendant.                     :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      A conference to discuss the discovery dispute raised in the letter dated August 7, 2014, from plaintiff will take place on <u>Monday, August 25, 2014, at 11:00 a.m</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for plaintiff should be prepared to explain why this dispute is not being raised in violation of paragraph 6 of the Order dated November 13, 2012 (Docket # 50), which requires that "[d]iscovery applications -- that is, any application or motion pursuant to Rules 26 through 37 or 45 -- . . . must be made <u>promptly after the cause for such an application arises</u>."

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.  If either party prefers that this be a telephone conference, the party may make an application by letter after consulting with the other side.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein)

      SO ORDERED.

Dated: August 13, 2014
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge