

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Margaret A. Dale
Member of the Firm
d 212.969.3315
f 212.969.2900
mdale@proskauer.com
www.proskauer.com

August 15, 2014

<u>By ECF and Facsimile (212-805-4268)</u>

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

Re:     <u>*Khaldei v. Kaspiev*, 10 Civ. 8328 (JFK)(GWG)</u>

Dear Judge Gorenstein:

We represent Kalman Kaspiev in the above-referenced matter, and write in response to Your Honor's order scheduling a conference on August 25, 2014 at 11:00 a.m. to discuss the discovery dispute raised in Plaintiff's counsel's August 7th letter.

As I will be on vacation beginning August 25, 2014, we respectfully request that the conference take place telephonically, but otherwise as scheduled.  Plaintiff's counsel has no objection to a telephonic conference.

Respectfully,

Margaret A. Dale

Margaret Dale

cc:     Daniel Rothstein, Esq.
        Joshua Abramson, Esq.

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC