UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANNA EFIMOVNA KHALDEI,              :

          Plaintiff,           :      <u>ORDER</u>

   -v.-                                             :

KALMAN KASPIEV,                             :      10 Civ. 8328 (JFK) (GWG)

          Defendant.         :
-----------------------------------------------------------X

### GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the issues raised in the most recent letters will take place on <u>Friday, September 5, 2014, at 3:00 p.m</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.  This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein)

     SO ORDERED.

Dated: August 29, 2014
       New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge